## CONIFER LUMBER COMPANY V. CAUSEY.
(Decided November 19, 1912.)
APPEAL from Elmore Circuit Court.
Heard before Hon. W. W. PEARSON.

No counsel marked for either party.

Per curiam.   Appeal dismissed.